DEFENDANT: Robert L. Moultrie
CASE NUMBER: 3:08CR00014-001

RECEIVED
JAN 2 8 2009
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

16 months on Count 1 of the Information.

X  The court makes the following recommendations to the Bureau of Prisons:

The defendant be housed at the federal prison facility in Montgomery, Alabama, so he can be close to his home.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X  before 2 p.m. on __01/20/2009__.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __1-20-09__ to __FPC Mxn__
at __Maxwell AFB, AL 36112__, with a certified copy of this judgment.

__J. A. Keller, Warden__
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

163